No. 10–1491. KIOBEL, INDIVIDUALLY AND ON BEHALF OF HER LATE HUSBAND KIOBEL, ET AL. v. ROYAL DUTCH PETROLEUM CO. ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 962.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.